**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**IN RE:**                                                                                              **CASE NO.: 24-43942-ELM-13**

**CHRISTOPHER THOMAS STRAUSS**
   2308 STRATFORD CT
   LITTLE ELM, TX 75068
   SSN/TIN: XXX-XX-4049

**JAMI DANIELLE STRAUSS**
   2308 STRATFORD CT
   LITTLE ELM, TX 75068
   SSN/TIN: XXX-XX-0241

**DEBTORS**                                                                       **MEETING: DECEMBER  3, 2024**

**NOTICE OF § 341 MEETING OF CREDITORS BY VIDEO-CONFERENCE**

The Standing Chapter 13 Trustee conducts the §341 meeting of creditors using Zoom.  Make certain that you and your client can access Zoom with the device each of you will be using to attend the §341 meeting of creditors.  If necessary, download the Zoom app at  www.zoom.us  or the App store.  Pro-se debtors are required to ensure they can access Zoom.

The first meeting of creditors will be set on the date above.  The time for the meeting will be on our website.  Go to www.13network.com, go to Texas in the far right column, and click Pam Bassel (Fort Worth).  Once you are on our website, at the top of the right hand column, you will see "DEBTOR LAST NAME SORT" and "DEBTOR ATTORNEY FIRM NAME SORT".  Clicking either one takes you to a schedule of §341 meeting times.

All participants should log into Zoom a few minutes prior to the meeting.  To sign in, go to our website (see above) and, in the right hand column, find the heading "ZOOM LINK FOR ALL MEETINGS" which you can click to join the meeting.  Or, you can paste this link in your browser:

https://us02web.zoom.us/j/2357331135?pwd=T3Y1RzVVMFdZZ1pGZzNiVkItUjFvUT09&omn=81684243200

You may have to wait a few minutes for your §341 meeting of creditors to begin if the prior meeting is not concluded.  Please be on time to avoid delaying meetings set after yours.  If either the Debtors or the Debtors' attorney do not join the meeting on time, it will be re-set and a Motion to Dismiss the case may be filed.  If a creditor or other party does not join the meeting on time, the meeting will begin without them.

BEFORE THE MEETING

At least two days before the meeting, acceptable documents to verify each Debtor's identity and social security number must be uploaded To www.bkdocs.us .  If our office does not receive these documents, we will not hold the meeting, and a Motion to Dismiss the case will be filed.

Additionally, DEBTORS' COUNSEL IS RESPONSIBLE FOR ENSURING THAT THE DEBTORS HAVE THE TECHNOLOGICAL CAPABILITY TO BE SEEN AND HEARD DURING THE MEETING, THAT THE DEBTORS HAVE DOWNLOADED THE ZOOM APP IF NEEDED, AND THAT THE DEBTORS HAVE  SUFFICIENT BANDWIDTH TO PARTICIPATE IN THE MEETING.  THE DEBTORS MAY NEED TO BE PRESENT IN YOUR OFFICE IF NECESSARY.  PRO-SE DEBTORS HAVE THESE SAME RESPONSIBILITIES.

    **DEBTORS MAY TAKE A FREE ONLINE PERSONAL FINANCIAL MANAGEMENT COURSE WHICH SATISFIES ONE OF THE REQUIREMENTS FOR A CHAPTER 13 DISCHARGE BY GOING TO www.13class.com and using the Bassel Trustee Identifier Number TEN13033. (Do not use Truman office Trustee Identifier Number TEN13001.)**

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before November 13, 2024. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

Dolghh Law Group LLC,  8350 N Central Expy 1900,  Dallas, TX  75206

DOLGHIH LAW GROUP PLLC,  2626 COLE AVE STE 300,  DALLAS, TX  75204-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

Jpmcb,  MailCode LA4 7100 700 Kansas Lane,  Monroe, LA  71203-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON,  2777 N STEMMONS FWY STE 1000,  DALLAS, TX  75207-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

Rightway Energy Services,  ***BAD ADDRESS***,  Winkler, TX  75859-0000***

SYNCHRONY BANK,  PO BOX 965064,  ***BAD ADDRESS***,  ORLANDO, FL  32896-0000***

TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  2777 N STEMMONS FREEWAY STE 1000,  DALLAS, TX  7520

TEXAS ALCOHOLIC BEVERAGE COMM,  LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  TAX DEPT COLLECTION FKA TEC,  101 E 15TH ST, RM 556-A,  AUSTIN, TX  78778-0000

US DEPT OF EDUCATION,  400 MARYLAND AVE SW,  WASHINGTON, DC  20202-0000

***Address on record invalid for recipient -- no document mailed to this party.